# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, ACTING BY AND THROUGH ITS BOARD OF HARBOR COMMISSIONERS,<br><br>Plaintiff,<br><br>v.<br><br>BAE SYSTEMS SAN DIEGO SHIP REPAIR INC., a California Corporation; and Does 1 thru 10, Inclusive,<br><br>Defendants.<br><br>BAE SYSTEMS SAN DIEGO SHIP REPAIR INC., a California Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CITY OF LOS ANGELES, ACTING BY AND THROUGH ITS BOARD OF HARBOR COMMISSIONERS,<br><br>Counterdefendant. | CASE NO. 13-CV-8810 CBM (AGRx)<br><br>**ORDER OF DISMISSAL [JS-6]**<br><br>**[First Amended Complaint Served 8/18/14]** |

      The City of Los Angeles (the "City") and BAE Systems San Diego Ship Repair Inc. ("BAE Systems") (collectively, the "Parties") have submitted a stipulation ("Stipulation") to dismiss this action.

      NOW, THEREFORE, good cause appearing from the Stipulation, the Court orders as follows:

      1.    This action, including all claims and counterclaims stated between the Parties, is dismissed with prejudice.

      2.    The Court will retain jurisdiction to interpret and enforce the terms of the settlement agreement.

IT IS SO ORDERED:

Dated: March 1, 2017

_____
Consuelo B. Marshall
United States District Judge